**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO. 19-CV-2564 (SRN/ECW)**

---

Heather Emig,

       Plaintiff,

v.

Capital One Bank (USA), N.A.,

       Defendant.

**STIPULATION FOR DISMISSAL**

---

The above parties stipulate, through their respective undersigned counsels, that all claims in this action may be dismissed with prejudice, with each party to bear their own costs and fees.

Date: February 26, 2020

*/s/ Bennett Hartz*
Andrew C. Walker #392525
Bennett Hartz #393136
Walker & Walker Law Offices, PLLC
4356 Nicollet Avenue South
Minneapolis, MN 55409
(612) 824-4357
***Attorneys for Plaintiff***

Date: February 27, 2020

*/s/ Karla M. Vehrs*
Karla M. Vehrs
Ballard Spahr LLP
80 S. 8th St, Ste 2000
Minneapolis, MN 55402
(612) 371-2449
***Attorneys for Defendant***