# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Heather Emig, | Case No. 19-CV-2564 (SRN/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| Capital One Bank (USA), N.A., | |
| Defendant. | |

This matter is before the Court upon the Stipulation of Dismissal filed by the parties [Doc. No.10 ].  Based on the Stipulation,

IT IS ORDERED that this action is hereby dismissed, with prejudice. Each party shall bear its own costs and fees.

Dated:  February 28, 2020

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge
